UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| BRENDA SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV425-031 |
| | ) | |
| TITLEMAX CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

*Pro se* plaintiff Brenda Sanders filed a Complaint alleging that she was subjected to unlawful discrimination when she was not hired by Defendant Titlemax Corporation. *See generally* doc. 1. Because her application to proceed *in forma pauperis* is unclear, the Court directed her to supplement it. *See* doc. 6 at 1-2, 3. Her supplemental application was due March 4, 2025. *Id.* at 3. That date has passed, and she has not filed anything. *See generally* docket.

This Court has the authority to prune cases from its docket where parties have failed to comply with its orders or to prosecute their cases. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102

(11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983).  The Local Rules permit the Court, *sua sponte*, to "dismiss any action for want of prosecution" where there has been "[w]illful disobedience or neglect of any order of the Court."  S.D. Ga. L. Civ. R. 41.1(b).  Plaintiff failed to comply with the Court's prior Order.  *See* doc. 6 at 3.  Accordingly, her case should be **DISMISSED**

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3.  Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties.  The document should be captioned "Objections to Magistrate Judge's Report and Recommendations."

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge.  The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C).  The parties are advised that failure to timely file objections will result in the waiver of rights on appeal.  11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*,

648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 1st day of April, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA