AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BRENDA K. SANDERS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:25-cv-00031

TITLEMAX CORPORATION,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated April 21, 2025, adopting the Report and Recommendation of the Magistrate Judge, Plaintiff's complaint is dismissed and her Motion to Proceed in forma pauperis is denied as moot. This case stands closed.

| 4/21/2025 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Ann Duke, Deputy Clerk |

GAS Rev 10/1/03